**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Darrell Len HAMILTON, Defendant–**
**Appellant.**

**No. 13–15070**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 2, 2014.

Susan Hollis Rothstein–Youakim, Natalie Hirt Adams, Arthur Lee Bentley, III, Patrick Scruggs, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Sharon Samek, Sharon Samek, Esq, Tampa, FL, for Defendant–Appellant.

---

Before HULL, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

Sharon Samek, appointed counsel for Darrell Len Hamilton, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hamilton's conviction and sentence are **AFFIRMED.**